ACCEPTED
14-15-00041-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 9:56:49 AM
CHRISTOPHER PRINE
CLERK

# CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX LLC

SARAH E. STOGNER
ASSOCIATE

(504) 585.3845
stogner@carverdarden.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/6/2015 9:56:49 AM

CHRISTOPHER A. PRINE
Clerk

July 6, 2015

Civil-Post Trial Division
Harris County District Clerk
Attn: Ms. Phyllis Washington, Post-Trial
201 Caroline Street, Suite 250
Houston, Texas 77002

> Re: *Gemini Insurance Company vs. Denbury Resources, Inc.*
> Case No. 2012-10397, 270th Judicial District
> Appeal No. 14-15-00041-CV, 14th Circuit Court of Appeals
> Our File: 1782.18331

Dear Ms. Washington:

On April 23, 2015 we requested the Court supplement the record to include motions for summary judgment inadvertently omitted from the Clerk's record to the 14th Circuit Court of Appeals in the above-captioned litigation. However, the exhibits attached to those motions are still missing from the record:

1. Exhibit "A" to Denbury's Consolidated Reply Memorandum in Support of Its "Plugged and Abandoned" and "Due Diligence" No Evidence Motions for Summary Judgment (image number 62463542);
2. Exhibit "B" to Denbury's Consolidated Reply Memorandum in Support of Its "Plugged and Abandoned" and "Due Diligence" No Evidence Motions for Summary Judgment (image number 62463543);
3. Exhibit "C" to Denbury's Consolidated Reply Memorandum in Support of Its "Plugged and Abandoned" and "Due Diligence" No Evidence Motions for Summary Judgment (image number 62463544);
4. Exhibit "D" to Denbury's Consolidated Reply Memorandum in Support of Its "Plugged and Abandoned" and "Due Diligence" No Evidence Motions for Summary Judgment (image number 62463545); and
5. This correspondence.

ENERGY CENTRE • 1100 POYDRAS ST. • SUITE 3100 • NEW ORLEANS, LA 70163
TELEPHONE (504) 585-3800 • FACSIMILE (504) 585-3801

CARVER, DARDEN,
KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX LLC

Please prepare, certify, and file in the appellate court a supplement containing these omitted items. The parties have completed their briefing, with Denbury's Reply Brief being filed today. Please expedite this request to ensure the Appellate Court has a full and complete record for its determination. Should you have any questions or concerns, please do not hesitate to contact me directly. Thank you for your assistance in this matter.

Sincerely,

Sarah E. Stogner

SES/daj

cc:     14th Circuit Court of Appeals

4845-0013-4437, v. 1